Case 05-17261 Filed 02/10/06 Doc 19


CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000410174

**2 PAGES**
PATRICK KAVANAGH
BAR NO. 99829
LAW OFFICES OF PATRICK KAVANAGH
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553
Trustee


FILED
FEB 10 2006
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| In the Matter of<br><br>ALI T. LACADEN,<br><br>Debtor. | Case No. 05-17261-B-7K<br>DC-PK-2<br>Chapter 7<br><br>FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW |
|---|---|

This Court makes the following Findings of Fact and Conclusions of Law regarding the Order on the Trustee's Objections to the Debtors' Claim of Exemption.

1. The Debtors' Schedules reflected $4,200.00 in cash and deposits as of the day of filing.

2. The Debtors' Amended Claim of Exemption claimed $4,200.00 as exempt under CCP §704.070(b)(2).

3. CCP §704.070(a)(2) defines "paid earnings" as earnings that "were paid to the employee during the thirty-day period ending on the date of the levy."

4. The Court has reviewed and relied upon, and takes judicial notice of Schedule "I" of the Debtors' Bankruptcy Petition. Schedule "I" reflects monthly take home pay of $1,382.56. Based on Schedule I, the Court concludes that maximum amount of

-1-



the $4,200 that could be "paid earnings" paid to and received by the debtor in the thirty-days prior to filing is the debtors monthly take home pay of $1,382.56. The Court limits the Debtors' claims of exemption to 75% of $1,382.56, that is, $1,036.62.

DATED: 2-10-06

W. RICHARD LEE
U.S. BANKRUPTCY COURT JUDGE

Submitted by:

LAW OFFICES OF PATRICK KAVANAGH

By _____
PATRICK KAVANAGH
Trustee